### SEALS v. CAPITAL TRANSIT CO.

#### No. 89987.

District Court of the United States for the District of Columbia.

Jan. 11, 1940.

Leonard J. Ganse and Meta P. Hilgeson, both of Washington, D. C., for plaintiff.

S. R. Bowen, R. E. Lee Goff, G. Thomas Dunlop, and Edmond L. Jones, all of Washington, D. C., for defendant.

134

LETTS, Associate Justice.

Under Rule 34, Rules of Civil Procedure for District Courts, 28 U.S.C.A. following section 723c, the court is asked by plaintiff to require defendant to produce statements of witnesses taken by the defendant in preparation for trial.

Such request should be predicated upon good cause shown. I find that plaintiff has not made a showing of good cause as required by the rule except that the statements signed by plaintiff in the possession of the defendant shall be produced.